IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2008 FEB 15 PM 4:23
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| FREE MARKET FOUNDATION, AMERICAN CIVIL LIBERTIES UNION OF TEXAS, TEXAS EAGLE FORUM PAC, KELLY SHACKELFORD AND DAVID BROILES, § § § § § § PLAINTIFFS, § § V. § § DAVID A. REISMAN, IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE TEXAS ETHICS COMMISSION; RAYMOND R. DAVENPORT, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE TEXAS ETHICS COMMISSION; WILHELMINA DELCO, IN HER OFFICIAL CAPACITY AS A MEMBER OF THE TEXAS ETHICS COMMISSION; ROSS FISCHER, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE TEXAS ETHICS COMMISSION; JIM GRAHAM, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE TEXAS ETHICS COMMISSION; TOM HARRISON, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE TEXAS ETHICS COMMISSION; PAULA M. MENDOZA, IN HER OFFICIAL CAPACITY AS A MEMBER OF THE TEXAS ETHICS COMMISSION; DAVID MONTAGNE, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE TEXAS ETHICS COMMISSION; NICHOLAS C. TAYLOR, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE TEXAS ETHICS COMMISSION; AND JOHN R. ROACH, IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR COLLIN COUNTY, | CAUSE NO. A-08-CA-116-LY |

| | |
|---|---|
| TEXAS AND AS A REPRESENTATIVE | § |
| OF THE CLASS OF DISTRICT | § |
| AND COUNTY ATTORNEYS IN | § |
| THE STATE OF TEXAS, | § |
| | § |
| DEFENDANTS. | § |

## ORDER SETTING STATUS HEARING

Before the Court is the above styled and numbered cause of action.

**IT IS HEREBY ORDERED** that this cause is set for a conference on **Wednesday, February 20, 2008, at 10:00 a.m.** in the Courtroom Number One, Second Floor of the United States Courthouse, 200 West 8th Street, Austin, Texas.

Counsel for the parties may appear by telephone at the conference upon making arrangements with the Court on or before Tuesday, February 19, 2008 at 3:00 p.m. CST.

SIGNED this 15th day of February, 2008.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE