FILED
2008 OCT -2 PM 2: 16
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FREE MARKET FOUNDATION, AMERICAN CIVIL LIBERTIES UNION OF TEXAS, TEXAS EAGLE FORUM PAC, KELLY SHACKELFORD, DAVID BROILES,
    Plaintiffs,

-vs-

Case No. A-08-CA-116-SS

DAVID A. REISMAN, in his official capacity as Executive Director of the Texas Ethics Commission; RAYMOND R. DAVENPORT, III, WILHELMINA DELCO, ROSS FISCHER, JIM GRAHAM, TOM HARRISON, PAULA M. MENDOZA, DAVID MONTAGNE, NICHOLAS C. TAYLOR, in their official capacity as members of the Texas Ethics Commission; JOHN R. ROACH, in his official capacity as District Attorney for Collin County, Texas and as a representative of the class of District and County Attorneys in the State of Texas,
    Defendants.

## FINAL JUDGMENT

BE IT REMEMBERED on this the 2nd day of October 2008 the Court reviewed the file in the above-styled cause, and specifically this Court's order of August 21, 2008, and the "Stipulation to Agreed Judgment" filed by the parties on September 19, 2008, and, thereafter, enters this, the final judgment in this case.

    IT IS ORDERED, ADJUDGED, and DECREED that the Texas Government Code §§ 302.17 and 302.019 violate the First Amendment of the United States Constitution in that



they are not narrowly tailored and, therefore, significantly chill core political speech protected by the First Amendment to the United States Constitution

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiffs shall have their costs in this suit in the amount of TWO HUNDRED EIGHTEEN THOUSAND AND NO/100 DOLLARS ($218,000.00) and, if the costs are not paid prior to October 31, 2008, the plaintiffs shall be paid additional interest in the amount of 2.05 percent per annum until paid.

IT IS FINALLY ORDERED, ADJUDGED, and DECREED that the stipulations in the "Stipulation to Agreed Judgment" filed September 19, 2008, shall remain in full force and effect.

SIGNED AND ENTERED this the 2nd day of October 2008.

_____
UNITED STATES DISTRICT JUDGE