IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 08-50965

A-08-CA-116

United States Court of Appeals
Fifth Circuit
**FILED**
October 28, 2008

Charles R. Fulbruge III
Clerk

FREE MARKET FOUNDATION; ET AL

    Plaintiffs

v.

DAVID A REISMAN, in his official capacity as Executive Director of the Texas Ethics Commission; RAYMOND R DAVENPORT, in his official capacity as a member of the Texas Ethics Commission; WILHELMINA DELCO, in her official capacity as a member of the Texas Ethics Commission; ROSS FISCHER, in his official capacity as a member of the Texas Ethics Commission; JIM GRAHAM, in his official capacity as a member of the Texas Ethics Commission; TOM HARRISON, in his official capacity as a member of the Texas Ethics Commission; PAULA M MENDOZA, in her official capacity as a member of the Texas Ethics Commission; DAVID MONTAGNE, in his official capacity as a member of the Texas Ethics Commission; NICHOLAS C TAYLOR, in his official capacity as a member of the Texas Ethics Commission; JOHN R ROACH, in his official capacity as District Attorney for Collin County, Texas and as representative of the class of District and County Attorneys in the State of Texas

    Defendants - Appellees

v.

JONATHAN LEE RICHES

    Movant - Appellant

```
                    -----------------------
        Appeal from the United States District Court for
               Western District of Texas, Austin
                    -----------------------
```

CLERK'S OFFICE:    A:08-CA-116

Under 5ᵀᴴ CIR. R. 42.3, the appeal is dismissed as of 10/28/08, for want of prosecution. The appellant failed to timely pay docketing fee.

                    CHARLES R. FULBRUGE III
                    Clerk of the United States Court
                    of Appeals for the Fifth Circuit

                    *Gina Randazzo Martin*
            By: _____
                    Gina Randazzo Martin, Deputy Clerk

                ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: Gina R. Martin
        Deputy
New Orleans, Louisiana    OCT 2 8 2008

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 28, 2008

Mr William Putnicki, Clerk
Western District of Texas, Austin
United States District Court
200 W 8th Street
Room 130
Austin, TX 78701

    No. 08-50965 Free Market Fdn v. Reisman
        USDC No. 1:08-CV-116

Enclosed is a certified copy of the judgment issued as the mandate.

        Sincerely,

        CHARLES R. FULBRUGE III, Clerk

        By: _Gina Randazzo Martin_
            Gina Randazzo Martin, Deputy Clerk
            504-310-7687

cc: w/encl:
    Mr Jonathan Lee Riches
    Mr Robert Jacob Davis
    Mr James Byron Eccles

MDT-1